|  |  |
|---|---|
| The Honorable: | PAMELA S. HOLLIS |
| Chapter 7 | |
| Location: | Room 644 |
| Hearing Date: | 01/13/2011 |
| Hearing Time: | 10:30 |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | RODDY, TERRANCE L. | § | Case No. 09-11324 |
| | RODDY, SHEILA B. | § | |
| Debtor(s) | | §§ | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that KAREN R. GOODMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 on 01/13/2011 in Courtroom 644, United States Courthouse Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/10/2010                    By:    /s/KAREN R. GOODMAN
                                                  Trustee

KAREN R. GOODMAN
Shefsky & Froelich Ltd.
111East Wacker Drive
SUITE 2800
CHICAGO, IL 60601
(312) 527-4000

**UST Form 101-7-NFR (10/1/2010)**

KAREN R. GOODMAN
SHEFSKY & FROELICH, LTD
111East Wacker Drive
SUITE 2800
CHICAGO, IL 60601
(312) 527-4000

            Chapter 7 Trustee

The Honorable:                      PAMELA S. HOLLIS
Chapter   7
Location:                          Room 644
Hearing Date:                          / /
Hearing Time:
Response Date:                         / /

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: RODDY, TERRANCE L. | § | Case No. 09-11324 |
|       RODDY, SHEILA B. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*          *$*        24,750.13

*and approved disbursements of*        *$*        3,426.91

*leaving a balance on hand of*  [1]     *$*        21,323.22

                  **Balance on hand:**        **$**        21,323.22

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

                      Total to be paid to secured creditors:   **$**        0.00
                                     Remaining balance:   **$**       21,323.22

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - KAREN R. GOODMAN | 3,225.01 | 0.00 | 3,225.01 |
| Trustee, Expenses - KAREN R. GOODMAN | 65.20 | 0.00 | 65.20 |
| Attorney for Trustee, Fees - SHEFSKY & FROELICH LTD. | 4,002.00 | 0.00 | 4,002.00 |
| Accountant for Trustee, Fees - ALAN D. LASKO | 1,572.90 | 0.00 | 1,572.90 |

    1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Accountant for Trustee, Expenses - ALAN D. LASKO | 13.80 | 0.00 | 13.80 |

Total to be paid for chapter 7 administration expenses: $ 8,878.91

Remaining balance: $ 12,444.31

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00

Remaining balance: $ 12,444.31

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00

Remaining balance: $ 12,444.31

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 70,115.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Credit Union 1 | 1,317.95 | 0.00 | 233.92 |
| 2 | PYOD LLC its successors and assigns as assignee of | 2,753.42 | 0.00 | 488.68 |
| 3 | PYOD LLC its successors and assigns as assignee of | 2,954.95 | 0.00 | 524.45 |
| 4 | CHASE BANK USA | 20,983.54 | 0.00 | 3,724.20 |
| 5 | CHASE BANK USA | 5,087.11 | 0.00 | 902.87 |
| 6 | CHASE BANK USA | 9,498.08 | 0.00 | 1,685.74 |

| 7 | FIA CARD SERVICES, NA/BANK OF AMERICA | 4,799.42 | 0.00 | 851.81 |
| 8 | FIA CARD SERVICES, NA/BANK OF AMERICA | 3,451.83 | 0.00 | 612.64 |
| 9 | FIA CARD SERVICES, NA/BANK OF AMERICA | 18,207.94 | 0.00 | 3,231.58 |
| 10 | Recovery Management Systems Corporation | 1,061.61 | 0.00 | 188.42 |

Total to be paid for timely general unsecured claims: $    12,444.31

Remaining balance: $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $    0.00

Remaining balance: $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $    0.00

Remaining balance: $    0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/KAREN R. GOODMAN

Trustee

KAREN R. GOODMAN
111East Wacker Drive
SUITE 2800
CHICAGO, IL  60601
(312) 527-4000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mrahmoun          Page 1 of 1          Date Rcvd: Dec 13, 2010
Case: 09-11324               Form ID: pdf006          Total Noticed: 25

The following entities were noticed by first class mail on Dec 15, 2010.
```
db/jdb      +Terrance L. Roddy,   Sheila B. Roddy,   10402 West Cora,   Wichita, KS 67205-7502
aty         +Gregory K Stern,   Gregory K. Stern, P.C.,   53 West Jackson Blvd.,   Suite 1442,
             Chicago, IL 60604-3536
tr          +Karen R Goodman, ESQ,   Shefsky & Froelich Ltd,   111 East Wacker Drive,   Suite 2800,
             Chicago, IL 60601-4277
13725690    +BAC HOME LOAN SERVICING LP,   Bank of America,   7105 CORPORATE DR,   PLANO TX 75024-4100
13725689    +Bank of America,   9000 Southside Blvd., Bldg 700,   Jacksonville, FL 32256-6705
14135612    +CHASE BANK USA,   PO BOX 15145,   WILMINGTON, DE 19850-5145
13725694    +CLC Consumer Services Co.,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4704
13725691     Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
13725692    +CitiCard,   P.O. Box 6000,   The Lakes, NV 88901-6000
13725693     Citimortgage, Inc.,   P.O. Box 9438,   Gaithersburg, MD 20898-9438
13725696    +Dish Network,   PO Box 9033,   Littleton, CO 80160-9033
13725697     ETrade Bank,   P.O. Box 1366,   Pittsburgh, PA 15230-1366
13725698    +Hauselman, Rappin & Olswang, Ltd.,   39 South LaSalle Street,   Suite 1105,
             Chicago, IL 60603-1720
13725699     Home Depot Credit Services,   P.O. Box 689100,   Des Moines, IA 50368-9100
13725701    +NH Hotels,   9801 Westheimer, Suite 302,   Houston, TX 77042-3955
13725702    +Northshore Laboratory SVCS,   Attn Collection Dept,   9851 Eagle Way,   Chicago, IL 60678-1098
14087448    +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
             PO Box 19008,   Greenville, SC 29602-9008
13725703    +The CBE Group, Inc.,   131 Tower Park,   Suite 100,   Waterloo, IA 50701-9588
13725704    +Wesley Medical Center,   P.O. Box 99400,   Louisville, KY 40269-0400
```

The following entities were noticed by electronic transmission on Dec 13, 2010.
```
13725688    +E-mail/Text: roy.buchholz@allianceoneinc.com
             Alliance One Receivables Management, Inc,   1160 Centre Pointe Drive,   Suite 1,
             Mendota Heights, MN 55120-1270
13725695    +E-mail/Text: ELYONS@CREDITUNION1.ORG                      Credit Union 1,   P.O. Box 30495,
             Tampa, FL 33630-3495
14057082    +E-mail/Text: ELYONS@CREDITUNION1.ORG                      Credit Union 1,
             450 E. 22nd Street,   Suite 250,   Lombard, IL 60148-6176
14387415     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 14 2010 00:58:26
             FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
             Oklahoma City, OK  73124-8809
13725700     E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2010 01:09:01     Lowe's,   PO Box 981064,
             El Paso, TX 79998-1064
14422273    +E-mail/PDF: rmscedi@recoverycorp.com Dec 14 2010 01:09:01
             Recovery Management Systems Corporation,   For GE Money Bank,   dba LOWES CONSUMER,
             25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
                                                                              TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Karen R Goodman, ESQ,   Shefsky & Froelich Ltd,   111 East Wacker Drive,   Suite 2800,
             Chicago, IL 60601-4277
                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 15, 2010**          **Signature:**  _Joseph Speetjens_