**PART A**       **FORM 4 - Distribution Report for Closed Asset Cases**      Version 3

| | |
|---|---|
| Case No. : 5210911324 | Date Submitted: 08/15/11 |
| Case Name : RODDY, TERRANCE L. | Trustee Name : KAREN R. GOODMAN |
| Date Filed/Converted to Ch. 7: 03/31/09 | |

| | $ AMOUNT RECEIVED | % OF RECEIPTS |
|---|---:|---:|
| **GROSS RECEIPTS** | $24,750.55 | 100.00% |
| Less: Funds Paid to Debtor: | | |
|    Exemptions | 0.00 | 0.00% |
|    Excess Funds | 0.00 | 0.00% |
|    Funds Paid to 3rd Parties | 0.00 | 0.00% |
| **NET RECEIPTS (basis for computing maximum trustee fee)** | **$24,750.55** | **100.00%** |

| | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---:|---:|---:|
| **SECURED CLAIMS:** | | | |
|   Real Estate | $0.00 | $0.00 | 0.00% |
|   Personal Property & Intangibles | 0.00 | 0.00 | 0.00% |
|   Internal Revenue Service Tax Liens | 0.00 | 0.00 | 0.00% |
|   Other Governmental Tax Liens | 0.00 | 0.00 | 0.00% |
| **TOTAL SECURED CLAIMS** | $0.00 | $0.00 | 0.00% |
| PRIORITY CLAIMS: | | | |
| CHAPTER 7 ADMINISTRATIVE FEES 507(a)(1)(C) and (2), and CHARGES under Title 28, Chapter 123: | | | |
|   Trustee Fees | $3,225.01 | $3,225.01 | 13.03% |
|   Trustee Expenses | 65.20 | 65.20 | 0.26% |
|   Legal Fees & Expenses: | | | |
|     Trustee's Firm Legal Fees | 4,002.00 | 4,002.00 | 16.17% |
|     Trustee's Firm Legal Expenses | 0.00 | 0.00 | 0.00% |
|     Other Firm's Legal Fees | 0.00 | 0.00 | 0.00% |
|     Other Firm's Legal Expenses | 0.00 | 0.00 | 0.00% |
|   Accounting Fees & Expenses: | | | |
|     Trustee's Firm Accounting Fees | 0.00 | 0.00 | 0.00% |
|     Trustee's Firm Accounting Expenses | 0.00 | 0.00 | 0.00% |
|     Other Firm's Accounting Fees | 1,572.90 | 1,572.90 | 6.36% |
|     Other Firm's Accounting Expenses | 13.80 | 13.80 | 0.06% |
|   Real Estate Commissions | 0.00 | 0.00 | 0.00% |
|   Auctioneer/Liquidator Fees | 0.00 | 0.00 | 0.00% |
|   Auctioneer/Liquidator Expenses | 0.00 | 0.00 | 0.00% |
|   Other Professional Fees/Expenses | 0.00 | 0.00 | 0.00% |
|   Expenses of Operating Business in Chapter 7 | 0.00 | 0.00 | 0.00% |
|   Other Expenses | 0.00 | 3,385.91 | 13.68% |
|   Income Tax - Internal Revenue Service | 0.00 | 0.00 | 0.00% |
|   Other State or Local Income or Business Taxes | 0.00 | 41.00 | 0.17% |
|   U.S. Trustee Fees | 0.00 | 0.00 | 0.00% |
|   Court Costs | 0.00 | 0.00 | 0.00% |
| **TOTAL CHAPTER 7 ADMINISTRATIVE FEES & CHARGES** | $8,878.91 | $12,305.82 | 49.72% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES 507(a)(1)(C) and (2)**  (From attached Part B) | $0.00 | $0.00 | 0.00% |
| DOMESTIC SUPPORT OBLIGATIONS 507(a)(1)(A) & (B) | 0.00 | 0.00 | 0.00% |
| WAGES 507(a)(4) | 0.00 | 0.00 | 0.00% |
| CONTRIBUTIONS: EMPLOYEE BENEFIT PLANS 507(a)(5) | 0.00 | 0.00 | 0.00% |
| CLAIMS ON GOVERNMENTAL UNITS 507(a)(8) | 0.00 | 0.00 | 0.00% |
| OTHER 507(a)(3), (6), (7), (9) & (10) | 0.00 | 0.00 | 0.00% |
| **TOTAL PRIORITY CLAIMS 507(a)(1)(A) & (B), to 507(a)(3), to 507(a)(10)** | $0.00 | $0.00 | 0.00% |
| **GENERAL UNSECURED CLAIMS** | $70,115.85 | $12,444.73 | 50.28% |
| **TOTAL DISBURSEMENTS** | **$78,994.76** | **$24,750.55** | **100.00%** |

**PART B**      **FORM 4 - Distribution Report for Closed Asset Cases**      Version 3

**Case No.** : 5210911324      **Date Submitted:** 08/15/11
**Case Name :** RODDY, TERRANCE L.      **Trustee Name :** KAREN R. GOODMAN
**Date Filed/Converted to Ch. 7 :** 03/31/09

| | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---|---|---|
| PRIOR CHAPTER ADMINISTRATIVE FEES 507(a)(1): | | | |
| Trustee Fees | 0.00 | 0.00 | 0.00% |
| Trustee Expenses | 0.00 | 0.00 | 0.00% |
| Legal Fees & Expenses: | | | |
|   Trustee's Firm Legal Fees | 0.00 | 0.00 | 0.00% |
|   Trustee's Firm Legal Expenses | 0.00 | 0.00 | 0.00% |
|   Other Firm's Legal Fees | 0.00 | 0.00 | 0.00% |
|   Other Firm's Legal Expenses | 0.00 | 0.00 | 0.00% |
| Accounting Fees & Expenses: | | | |
|   Trustee's Firm Accounting Fees | 0.00 | 0.00 | 0.00% |
|   Trustee's Firm Accounting Expenses | 0.00 | 0.00 | 0.00% |
|   Other Firm's Accounting Fees | 0.00 | 0.00 | 0.00% |
|   Other Firm's Accounting Expenses | 0.00 | 0.00 | 0.00% |
| Real Estate Commissions | 0.00 | 0.00 | 0.00% |
| Auctioneer/Liquidator Fees | 0.00 | 0.00 | 0.00% |
| Auctioneer/Liquidator Expenses | 0.00 | 0.00 | 0.00% |
| Other Professional Fees/Expenses | 0.00 | 0.00 | 0.00% |
| Income Tax - Internal Revenue Service | 0.00 | 0.00 | 0.00% |
| Other State or Local Taxes | 0.00 | 0.00 | 0.00% |
| Operating Expenses | 0.00 | 0.00 | 0.00% |
| Other Expenses | 0.00 | 0.00 | 0.00% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES** | $0.00 | $0.00 | 0.00% |