| | | |
|---|---|---|
| KAREN R. GOODMAN | The Honorable: | PAMELA S. HOLLIS |
| SHEFSKY & FROELICH, LTD | Chapter 7 | |
| 111East Wacker Drive | Location: | |
| SUITE 2800 | Hearing Date: | / / |
| CHICAGO, IL 60601 | Hearing Time: | |
| (312) 527-4000 | Response Date: | / / |
| Chapter 7 Trustee | | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: RODDY, TERRANCE L. § Case No. 09-11324
   RODDY, SHEILA B. §
   §
 Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

 KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

 1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

 2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00     Assets Exempt: $85,877.28
*(without deducting any secured claims)*

Total Distribution to Claimants: $12,444.73    Claims Discharged
               Without Payment: $57,671.12

Total Expenses of Administration: $12,305.82

---

 3) Total gross receipts of $ 24,750.55 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $24,750.55 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 12,305.82 | 12,305.82 | 12,305.82 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 70,115.85 | 70,115.85 | 12,444.73 |
| **TOTAL DISBURSEMENTS** | $0.00 | $82,421.67 | $82,421.67 | $24,750.55 |

4) This case was originally filed under Chapter 7 on March 31, 2009. The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/15/2011          By: /s/KAREN R. GOODMAN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Down payment on 3901 S. Sabin | 1110-000 | 500.00 |
| Reversed Deposit 100001 1 Down payment on 3901 S | 1110-000 | -500.00 |
| Real Estate Lot 3901 S. Sabin, Wichita, KS | 1129-000 | 15,000.00 |
| INTERESTS IN INSURANCE POLICIES | 1129-000 | 496.42 |
| Estimated 2008 Tax Refund | 1124-000 | 4,241.82 |
| 1991 Trailer (located on Sabin Property) | 1129-000 | 5,000.00 |
| Interest Income | 1270-000 | 12.31 |
| **TOTAL GROSS RECEIPTS** | | **$24,750.55** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 3,225.01 | 3,225.01 | 3,225.01 |
| KAREN R. GOODMAN | 2200-000 | N/A | 65.20 | 65.20 | 65.20 |
| SHEFSKY & FROELICH LTD. | 3110-000 | N/A | 4,002.00 | 4,002.00 | 4,002.00 |
| ALAN D. LASKO | 3410-000 | N/A | 1,572.90 | 1,572.90 | 1,572.90 |
| ALAN D. LASKO | 3420-000 | N/A | 13.80 | 13.80 | 13.80 |
| Peter Rizzo | 2420-000 | N/A | 35.00 | 35.00 | 35.00 |
| Peter Rizzo | 2420-000 | N/A | 35.00 | 35.00 | 35.00 |
| Guardian Title & Trust Co. | 2500-000 | N/A | 3,205.00 | 3,205.00 | 3,205.00 |
| Guardian Title & Trust Co. | 2500-000 | N/A | 89.18 | 89.18 | 89.18 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 21.73 | 21.73 | 21.73 |
| Illinois Department of Revenue | 2820-000 | N/A | 41.00 | 41.00 | 41.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 12,305.82 | 12,305.82 | 12,305.82 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Credit Union 1 | 7100-000 | N/A | 1,317.95 | 1,317.95 | 233.92 |
| 2 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 2,753.42 | 2,753.42 | 488.70 |
| 3 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 2,954.95 | 2,954.95 | 524.47 |
| 4 | CHASE BANK USA | 7100-000 | N/A | 20,983.54 | 20,983.54 | 3,724.33 |
| 5 | CHASE BANK USA | 7100-000 | N/A | 5,087.11 | 5,087.11 | 902.90 |
| 6 | CHASE BANK USA | 7100-000 | N/A | 9,498.08 | 9,498.08 | 1,685.80 |
| 7 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 4,799.42 | 4,799.42 | 851.84 |
| 8 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 3,451.83 | 3,451.83 | 612.66 |
| 9 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 18,207.94 | 18,207.94 | 3,231.69 |
| 10 | Recovery Management Systems Corporation | 7100-000 | N/A | 1,061.61 | 1,061.61 | 188.42 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 70,115.85 | 70,115.85 | 12,444.73 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-11324  
**Case Name:** RODDY, TERRANCE L.  
RODDY, SHEILA B.  
**Period Ending:** 08/15/11

**Trustee:** (520191) KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 03/31/09 (f)  
**§341(a) Meeting Date:** 05/12/09  
**Claims Bar Date:** 09/09/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1010 Foster, Evanston, IL | 320,000.00 | 0.00 | | 0.00 | FA |
| 2 | 10402 West Cora, Maize, Kansas | 158,000.00 | 15,800.00 | | 0.00 | FA |
| 3 | Real Estate Lot 3901 S. Sabin, Wichita, KS | 20,000.00 | 20,000.00 | | 15,000.00 | FA |
| 4 | WEARING APPAREL AND JEWELRY | 900.00 | 300.00 | | 0.00 | FA |
| 5 | INTERESTS IN INSURANCE POLICIES<br>Per Statement from NY Life Insurance Co, Extended Term insurance policy had cash value of $2860.56 | 3,453.43 | 535.45 | | 496.42 | FA |
| 6 | PENSION PLANS AND PROFIT SHARING | 77,010.30 | 0.00 | | 0.00 | FA |
| 7 | Estimated 2008 Tax Refund | 3,800.00 | 3,800.00 | | 4,241.82 | FA |
| 8 | 1991 Trailer (located on Sabin Property) | 10,000.00 | 10,000.00 | | 5,000.00 | FA |
| 9 | AUTOMOBILES AND OTHER VEHICLES | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | TAX REFUNDS (2007) | 3,349.00 | 0.00 | | 0.00 | FA |
| 11 | AUTOMOBILES AND OTHER VEHICLES | 1,000.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 12.31 | FA |
| 12 | Assets    Totals (Excluding unknown values) | **$598,512.73** | **$50,435.45** | | **$24,750.55** | **$0.00** |

**Major Activities Affecting Case Closing:**

File TDR when appropriate

**Initial Projected Date Of Final Report (TFR):** September 30, 2009    **Current Projected Date Of Final Report (TFR):** December 13, 2010 (Actual)

Case 09-11324    Doc 56    Filed 08/15/11    Entered 08/15/11 16:00:49    Desc Main
Document      Page 7 of 11

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

| **Case Number:** | 09-11324 | | **Trustee:** | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| **Case Name:** | RODDY, TERRANCE L. | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | RODDY, SHEILA B. | | **Account:** | ***-*****71-65 - Money Market Account |
| **Taxpayer ID #:** | **-***5293 | | **Blanket Bond:** | $61,494,000.00  (per case limit) |
| **Period Ending:** | 08/15/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 06/09/09 | | Frank Parrish dba Lighthouse Construction | Down payment on 3901 S. Sabin | 1110-000 | 500.00 | | 500.00 |
| 07/09/09 | {7} | U.S.Treasury | Debtors' 2008 tax refund. | 1124-000 | 4,241.82 | | 4,741.82 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.10 | | 4,741.92 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.17 | | 4,742.09 |
| 09/02/09 | 1001 | Peter Rizzo | Lawn Cutting at 3901 S. Sabin, Wichita, KS property on 8/21/09 | 2420-000 | | 35.00 | 4,707.09 |
| 09/02/09 | | Frank Parrish dba Lighthouse Construction | Reversed Deposit 100001 1 Down payment on 3901 S. Sabin | 1110-000 | -500.00 | | 4,207.09 |
| 09/22/09 | 1002 | Peter Rizzo | Lawn Cutting at 3901 S. Sabin, Wichita, KS property on 9/10/2009 | 2420-000 | | 35.00 | 4,172.09 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.17 | | 4,172.26 |
| 10/05/09 | | Guardian Title & Trust Co. | Net of sale of real estate and trailer per Court Order | | 16,705.82 | | 20,878.08 |
| | {3} | | Sale of  real estate per court order dated 9/22/09    15,000.00 | 1129-000 | | | 20,878.08 |
| | {8} | | Sale of trailer per court order dated 9/22/09    5,000.00 | 1129-000 | | | 20,878.08 |
| | | | Settlement charges on sale of real estate    -3,205.00 | 2500-000 | | | 20,878.08 |
| | | | -89.18 | 2500-000 | | | 20,878.08 |
| 10/07/09 | {5} | Sheila Roddy | Turnover of cash surrender value of NY Life policy # 34 122 333 owned by Sheila Roddy. | 1129-000 | 496.42 | | 21,374.50 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.68 | | 21,375.18 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.90 | | 21,376.08 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.90 | | 21,376.98 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.84 | | 21,377.82 |
| 02/04/10 | 1003 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2010 FOR CASE #09-11324, Bond Premium Payment on Bank Balance as of 02/04/2010, Blanket bond ll Voided on 02/04/10 | 2300-000 | | 21.73 | 21,356.09 |
| 02/04/10 | 1003 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2010 FOR CASE #09-11324, Bond Premium Payment on Bank Balance as of 02/04/2010, Blanket bond ll Voided: check issued on 02/04/10 | 2300-000 | | -21.73 | 21,377.82 |
| 02/04/10 | 1004 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2010 FOR CASE | 2300-000 | | 21.73 | 21,356.09 |
| | | | Subtotals : | | $21,447.82 | $91.73 | |

{} Asset reference(s)

Printed: 08/15/2011 03:23 PM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-11324  
**Case Name:** RODDY, TERRANCE L.  
RODDY, SHEILA B.  
**Taxpayer ID #:** **-***5293  
**Period Ending:** 08/15/11

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****71-65 - Money Market Account  
**Blanket Bond:** $61,494,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #09-11324, Bond #016026455 | | | | |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.81 | | 21,356.90 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.95 | | 21,357.85 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.55 | | 21,358.40 |
| 04/20/10 | | Wire out to BNYM account 9200******7165 | Wire out to BNYM account 9200******7165 | 9999-000 | -21,358.40 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 91.73 | 91.73 | $0.00 |
| | | | Less: Bank Transfers | | -21,358.40 | 0.00 | |
| | | | **Subtotal** | | 21,450.13 | 91.73 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$21,450.13** | **$91.73** | |

{} Asset reference(s)

Printed: 08/15/2011 03:23 PM    V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-11324 | | **Trustee:** | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| **Case Name:** | RODDY, TERRANCE L. | | **Bank Name:** | The Bank of New York Mellon |
| | RODDY, SHEILA B. | | **Account:** | 9200-******71-65 - Money Market Account |
| **Taxpayer ID #:** | **-***5293 | | **Blanket Bond:** | $61,494,000.00   (per case limit) |
| **Period Ending:** | 08/15/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********7165 | Wire in from JPMorgan Chase Bank, N.A. account ********7165 | 9999-000 | 21,358.40 | | 21,358.40 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.45 | | 21,358.85 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.27 | | 21,360.12 |
| 06/21/10 | 11005 | Illinois Department of Revenue | Illinois Fiduciary Income and Replacement Tax Return f/y/e 2009 | 2820-000 | | 41.00 | 21,319.12 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.22 | | 21,320.34 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.27 | | 21,321.61 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.26 | | 21,322.87 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.17 | | 21,323.04 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.18 | | 21,323.22 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.17 | | 21,323.39 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.18 | | 21,323.57 |
| 01/13/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.07 | | 21,323.64 |
| 01/13/11 | | To Account #9200******7166 | FUNDS TRANSFER | 9999-000 | | 21,323.64 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **21,364.64** | **21,364.64** | **$0.00** |
| | | | Less: Bank Transfers | | 21,358.40 | 21,323.64 | |
| | | | **Subtotal** | | **6.24** | **41.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6.24** | **$41.00** | |

{} Asset reference(s)                                                                                                     Printed: 08/15/2011 03:23 PM    V.12.57

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 09-11324  
**Case Name:** RODDY, TERRANCE L.  
RODDY, SHEILA B.  
**Taxpayer ID #:** **-***5293  
**Period Ending:** 08/15/11

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******71-66 - Checking Account  
**Blanket Bond:** $61,494,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/13/11 | | From Account #9200******7165 | FUNDS TRANSFER | 9999-000 | 21,323.64 | | 21,323.64 |
| 01/13/11 | 101 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' EXPENSES PER COURT ORDER DATED 01/13/2011 | 3420-000 | | 13.80 | 21,309.84 |
| 01/13/11 | 102 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' FEES PER COURT ORDER DATED 01/13/2011 | 3410-000 | | 1,572.90 | 19,736.94 |
| 01/13/11 | 103 | KAREN R. GOODMAN | TRUSTEE EXPENSES PER COURT ORDER DATED 01/13/2011 | 2200-000 | | 65.20 | 19,671.74 |
| 01/13/11 | 104 | KAREN R. GOODMAN | TRUSTEE COMPENSATION PER COURT ORDER DATED 01/13/2011 | 2100-000 | | 3,225.01 | 16,446.73 |
| 01/13/11 | 105 | SHEFSKY & FROELICH LTD. | TRUSTEE'S ATTORNEYS' FEES PER COURT ORDER DATED 01/13/2011 | 3110-000 | | 4,002.00 | 12,444.73 |
| 01/13/11 | 106 | Credit Union 1 | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 1 PER COURT ORDER DATED 01/13/2011 | 7100-000 | | 233.92 | 12,210.81 |
| 01/13/11 | 107 | PYOD LLC its successors and assigns as assignee of | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 2 PER COURT ORDER DATED 01/13/2011 | 7100-000 | | 488.70 | 11,722.11 |
| 01/13/11 | 108 | PYOD LLC its successors and assigns as assignee of | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 3 PER COURT ORDER DATED 01/13/2011 | 7100-000 | | 524.47 | 11,197.64 |
| 01/13/11 | 109 | CHASE BANK USA | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 4 PER COURT ORDER DATED 01/13/2011 | 7100-000 | | 3,724.33 | 7,473.31 |
| 01/13/11 | 110 | CHASE BANK USA | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 5 PER COURT ORDER DATED 01/13/2011 | 7100-000 | | 902.90 | 6,570.41 |
| 01/13/11 | 111 | CHASE BANK USA | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 6 PER COURT ORDER DATED 01/13/2011 | 7100-000 | | 1,685.80 | 4,884.61 |
| 01/13/11 | 112 | FIA CARD SERVICES, NA/BANK OF AMERICA | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 7 PER COURT ORDER DATED 01/13/2011 | 7100-000 | | 851.84 | 4,032.77 |
| 01/13/11 | 113 | FIA CARD SERVICES, NA/BANK OF AMERICA | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 8 PER COURT ORDER DATED 01/13/2011 | 7100-000 | | 612.66 | 3,420.11 |
| 01/13/11 | 114 | FIA CARD SERVICES, NA/BANK OF AMERICA | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 9 PER COURT ORDER DATED 01/13/2011 | 7100-000 | | 3,231.69 | 188.42 |
| 01/13/11 | 115 | Recovery Management Systems | FIRST AND FINAL DIVIDEND FOR CLAIM | 7100-000 | | 188.42 | 0.00 |

Subtotals :    $21,323.64    $21,323.64

{} Asset reference(s)

Printed: 08/15/2011 03:23 PM    V.12.57

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 09-11324  
**Case Name:** RODDY, TERRANCE L.  
RODDY, SHEILA B.  
**Taxpayer ID #:** **-***5293  
**Period Ending:** 08/15/11

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******71-66 - Checking Account  
**Blanket Bond:** $61,494,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Corporation | NO. 10 PER COURT ORDER DATED 01/13/2011 | | | | |
| | | | **ACCOUNT TOTALS** | | 21,323.64 | 21,323.64 | $0.00 |
| | | | Less: Bank Transfers | | 21,323.64 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 21,323.64 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$21,323.64** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****71-65** | 21,450.13 | 91.73 | 0.00 |
| **MMA # 9200-******71-65** | 6.24 | 41.00 | 0.00 |
| **Checking # 9200-******71-66** | 0.00 | 21,323.64 | 0.00 |
| | $21,456.37 | $21,456.37 | $0.00 |